IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00422-PAB-MJW

THOMAS RAMEY WATSON,

Plaintiff,

v.

UNIVERSITY OF COLORADO AT DENVER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's 2nd Request/Motion to Appoint Me a Pro Bono Attorney (Docket No. 18) is DENIED without prejudice for the reasons stated in this court's Minute Order issued just over two weeks ago on March 24, 2015 (Docket No. 15).

It is further **ORDERED** that the plaintiff's Motion for the Court to Postpone Status Conference on April 16, 2015 at 9:30 a.m. is denied.  The court notes that the medical documents submitted by the plaintiff are stale.  It is, however, further

**ORDERED** that the plaintiff may participate in the Status Conference by telephone by calling the court on April 16, 2015, at 9:30 a.m. at (303) 844-2403.

Date: April 9, 2015